# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3018
_____

Stephen A. Hodgson

*Plaintiff - Appellant*

v.

Tom Roy; Joan Fabian; John King; Michelle Smith; Joseph Hobson; Bruce Julson; David Reishus; Sheryl Vezner; Greg Lindell; John Doe; Jane Doe, sued in their individual and official capacities

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis
_____

Submitted: March 26, 2013
Filed: March 29, 2013
[Unpublished]
_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Stephen Hodgson appeals the district court's[1] judgment for defendants in his 42 U.S.C. § 1983 action in which he claimed, as relevant, that his First Amendment rights were violated when mailroom staff at the Minnesota Correctional Facility in Stillwater confiscated mail sent to him in May 2010.  Following careful review, we hold that the district court did not err in granting defendants summary judgment.  See Mason v. Corr. Med. Servs., 559 F.3d 880, 884-85 (8th Cir. 2009) (de novo review of summary judgment).  This court lacks jurisdiction to consider the district court's denial of Hodgson's motion for a temporary restraining order.  See Hamm v. Groose, 15 F.3d 110, 112-13 (8th Cir. 1994).

Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting in part the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.